AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

# United States District Court

| Name Enfendieu Bultumer | District Brockton Court |
|---|---|
| | Prisoner No. 0303030 / Case No. 03-12561-REK |

Place of Confinement: Suffolk County House of Correction

Name of Petitioner (include name under which convicted): ENFENDIEU BULTUMER

V.

Name of Respondent (authorized person having custody of petitioner): INS

04 10138 REK

MAGISTRATE JUDGE

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Brockton District Court, 215 Main St, Brockton, MA, 02301

2. Date of judgment of conviction: May 29, 1997

3. Length of sentence: 86 days serve

4. Nature of offense involved (all counts): Possession with intention to distribution, Drug violation within a school zone, Conspiracy to violate the controlled substance Act

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2004 JAN 16 A 10: 46

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Brockton District Court__

   (b) Result __My Attorney at the time never finish the job.__

   (c) Date of result and citation, if known __Revise/Revoke was intered on 6/15/47, but no result was given__

   (d) Grounds raised _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Brockton District Court__

    (2) Nature of proceeding __Emergency Motion for a verdict of not Guilty in front of David G. Nagle, First Justice in Brockton Court. On September 9, 2003__

    (3) Grounds raised __There was insufficient evidence to prove the alleged substance met the definition of G.L. c 94C__

(3)

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☒   No ☐

(5) Result _Denied by Judge David G. Nagle_

(6) Date of result _September 10, 2003_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _Commonwealth of Massachusetts Appeals Court_

(2) Nature of proceeding _Motion to stay the Direct Appeal_

(3) Grounds raised _the correction to the court_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐   No ☒

(5) Result _Still pending_

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc.    Yes ☐   No ☒
   (2) Second petition, etc.   Yes ☐   No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Conviction obtained by the unconsti- unconstitu-tional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

Supporting FACTS (state *briefly* without citing cases or law) The prosecutor never presented the search warrant that the officers obtained to enter my premises. He never presented a certificate of Drug Analize of the controlled substance which was believe to be crack cocaine. Also the drug (crack cocaine) / the money ($60 dollars us currency) was never presented before / during the trial.

B. Ground two: Conviction obtained by use of evidence obtained pursuant to unlawful arrest.

Supporting FACTS (state *briefly* without citing cases or law) When I noticed police officers in my appartment upon arrival, I asked them what are they doing in my place. The officers told me they had a search warrant for the premises. No search warrant was ever shown / given to me at any time, and also no drugs (crack cocaine) / money ($60 us currency) was ever presented by the arresting officers / commonwealth

(5)

AO 241 (Rev. 5/85)

C.  Ground three: Conviction obtained by use of evidence gained pursuant to a unconstitutional search & seizure

Supporting FACTS (state *briefly* without citing cases or law) The arresting officers stated they had a search warrant for drugs, but when I asked by me to see the warrant, I was told "Don't worry about it we got one." Even when I was placed under arrest for drugs (crack cocaine). I asked them to show me the drugs/the warrant. I was told once again "we got you/we got it, don't worry about it.

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: My Attorney presented the fact that there was lack of evidence, no search warrant entered, and no drug analize in State Court.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒   No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing Attorney John T. Plouffe (508)697-8650 40 Main St. Bridgewater, MA 02324
    (b) At arraignment and plea " Same "

(6)

AO 241 (Rev. 5/85)

(c) At trial _"same"_

(d) At sentencing _"Same"_

(e) On appeal _"Same"_

(f) In any post-conviction proceeding _Attorney Michael H. Nam-Krane 67 Federal Ave. Quincy, MA 02169 (617)890-1111_

(g) On appeal from any adverse ruling in a post-conviction proceeding _"Same"_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
  Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
  Yes ☐    No ☒
  (a) If so, give name and location of court which imposed sentence to be served in the future: _____

  (b) Give date and length of the above sentence: _____

  (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1 5 2004_
(date)

_Enfermeiu Butters_
Signature of Petitioner

(7)

| RECORD OF CRIMINAL CASE | DOCKET NO. 9715 CR 001385 | Trial Court of Massachusetts District Court Department |

| | | |
|---|---|---|
| 6/18/97 | | MOTION TO REVISE AND REVOKE FILED BY ATTY PLOUFFE FOR LATER DATE |
| 6/18/97 | | |
| 10/11/02 | | DEFENDANT'S MANDATORY MOTION FOR A NEW TRIAL PURSUANT TO M.G.L. C. 278, SEC. 29D |
| 10/11/02 | | FILED BY DEFENDANT TOGETHER WITH |
| 10/11/02 | | MOTION TO APPOINT COUNSEL     KML |
| 10/11/02 | | JUDGE NAGLE |
| 10/11/02 | TUA | AFTER REVIEW OF COURT DOCUMENTS DEFENDANT |
| 10/18/02 | | WAS CONVICTED BY A JURY WAIVED TRIAL; |
| 10/18/02 | | THERE WAS NO PLEA ON THIS CASE |
| 10/18/02 | | REQUIRING AN ALIEN WARNING.     DGN |
| 10/18/02 | | |
| 10/18/02 | MD | MOTION DENIED |

*Motion for Revise/Revoke*

*I was denied for the motion for Counsel*

| PAGE 3 | DATE DOCKET PRINTED 10/18/02 | A TRUE COPY ATTEST | CLERK MAGISTRATE |

CRF21B 10/18/02 8:41 AM